UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDALL L. WOODRUFF, as Bankruptcy Trustee for Legacy Healthcare, Inc. and for Douglas Anthony Bradburn and Jacquelyn Sue Bradburn,<br>    Plaintiff,<br><br>    vs.<br><br>SOUTH CENTRAL CONFERENCE OF SEVENTH DAY ADVENTISTS, JOSEPH W. McCOY, CUMBERLAND RIVER HEALTH AND HUMAN SERVICES CORPORATION, KENNETH A. HILL, NORTHEASTERN CONFERENCE CORPORATION OF SEVENTH DAY ADVENTISTS and GENERAL CONFERENCE OF SEVENTH DAY ADVENTISTS, an unincorporated association,<br>    Defendants. | 1:03-CV-0183-SEB-VSS |

## JUDGMENT

The Court, having previously entered its ruling on the request for default judgment,

**IT IS THEREFORE ADJUDGED** that this action is dismissed **for lack of jurisdiction** as to the claims asserted against Joseph McCoy, South Central Conference of Seventh-day Adventists, General Conference of Seventh-day Adventists and Northeastern Conference Corporation of Seventh-day Adventists, and that judgment is

entered in favor of Plaintiff and against Defendants Cumberland River Health and Human Services Corporation and Kenneth A. Hill, in the amount of $ 41,758,924.

IT IS SO ORDERED.

Date: 05/03/2005

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Bruce Noel Munson
bnmunson@aol.com

James Dimos
LOCKE REYNOLDS LLP
jdimos@locke.com

Lloyd H. Milliken, Jr.
LOCKE REYNOLDS LLP
lmilliken@locke.com

Melanie D. Margolin
LOCKE REYNOLDS LLP
mmargolin@locke.com

Brian D. Gwitt
ICE MILLER
brian.gwitt@icemiller.com

Daniel K. Burke
ICE MILLER
daniel.burke@icemiller.com

Jay P. Kennedy

KROGER GARDIS & REGAS
jpk@kgrlaw.com

Kevin Michael Colwell
ROLAND FOGEL KOBLENZ & PETROCCIONE, LLP
kcolwell@rfkplaw.com

Mark L. Koblenz
ROLAND FOGEL KOBLENZ & PETROCCIONE, LLP
mkoblenz@rfkplaw.com